**No. 45966.**—Protest 957873–G of American Import Co. (Los Angeles).

Opinion by CLINE, J. The sample is a child's mask but the plaintiff failed to prove that children's masks are not chiefly used for amusement. The protest was therefore overruled. *Kress* v. *United States* (22 C. C. P. A. 421, T. D. 47423) followed.

BEFORE THE THIRD DIVISION, MAY 28, 1941

**No. 45967.**—Protest 51734–K of General Dyestuff Corp. (New York).

Opinion by CLINE, J. The record showed that the merchandise is incapable of being marked, that the barrels had a paper tag tacked on the head which bore the word "Czechoslovakia," and that the merchandise was a product of that country. On the authority of *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065) the marking was held sufficient and the protest was sustained. Abstracts 41158, 39757, and 41159 cited.

**No. 45968.**—Protest 995402–G of R. H. Macy & Co., Inc. (New York).

Opinion by CLINE, J. The question at issue is whether the marking "Holland Biscuits" is sufficient to indicate the country of origin. There was no evidence to show that the marking did not refer to a kind or species of the product. The protest was therefore overruled. Abstract 44763 cited.

**No. 45969.**—Protests 965614–G, etc., of Columbia Co. et al. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Columbia* v. *United States* (5 Cust. Ct. 175, C. D. 395) the protests were sustained.

**No. 45970.**—Protest 822818–G of Henry Schultheis Co., Inc. (New York).

Opinion by CLINE, J. The protest was sustained in accordance with the report of the appraiser as to certain items which were not entered under paragraph 1811 but which were assessed with additional duty.

**No. 45971.**—Protests 912921–G, etc., of M. O. Marshall et al. (Baltimore, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45972.**—Petition 5971–R of Millan Garcia (San Juan).

Opinion by CLINE, J. The record showed that certain charges were inadvertently deducted twice from the entered value. As it appeared there was no intention to defraud the revenue or to misrepresent the facts the petition was granted.